UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| ROBERT LEE CURRY, | ) | Case No.:   3:1⁄-CV-01227-PK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER AWARDING ATTORNEY |
| | ) | FEES PER 28 USC 2412(d) |
| | ) | |
| CAROLYN COLVIN, Commissioner, | ) | |
| Social Security Administration | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Based upon the stipulation of the parties, it is hereby ORDERED that, pursuant

to the Equal Access to Justice Act, 28 U.S.C. § 2412, an attorney fee in the amount of

$4,837.50  is awarded to Plaintiff.  It is ordered that the attorney fee will be paid to

Plaintiff's attorney, dependent upon verification that Plaintiff has no debt which qualifies

for offset against the awarded fees, pursuant to the Treasury Offset Program as

discussed in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).   If Plaintiff has no such debt, then

the check shall be made payable to Plaintiff's attorney, George J. Wall, and mailed to

Plaintiff's attorney's mailing address at: 1336 E. Burnside St., Suite 130, Portland OR

97132.  If Plaintiff has such debt, then the check for any remaining funds after offset of

the debt shall be made payable to Plaintiff's attorney and mailed to Plaintiff's attorney's

mailing address stated above.

Page 3 – PETITION FOR EAJA FEES

IT IS SO ORDERED this 13th day of July, 2015.

_____
UNITED STATES DISTRICT JUDGE
                MAGISTRATE

Proposed Order submitted:                    Date:   July 13, 2015

s/ George Wall

_____
George J. Wall, OSB #93451
gwall@eastpdxlaw.com
Phone No.:  503-236-0068
Fax No.:  503-236-0028
Attorney for Plaintiff, Robert Curry

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Plaintiff's Petition for Approval of Fees per

EAJA and Proposed Order were filed with the Clerk of the Court on July 13, 2015, using

the CM/ECF system, which will send notification of such filing to the following:

Jordan Goddard      Jordan.goddard@ssa.gov, OGC.Seattle.ECF@ssa.gov

Ronald K. Silver     ron.silver@usdoj.gov , OGC.Seattle.ECF@ssa.gov

s/ George Wall

_____
George J. Wall, OSB No. 934515
1336 E. Burnside St., Suite 130
Portland OR 97214
Telephone:  (503)236-0068
Fax:  (503)236-0028
gwall@eastpdxlaw.com

Page 4 – PETITION FOR EAJA FEES